**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**MAYA MENDI BOJA TERENCE,**                                                   **PETITIONER**
**# A 221-388-680,  a/k/a TERRENCE BOJA**
**MAYA MENDI, a/k/a MENDI TERRENCE**
**BOJA, a/k/a BOJA MENDI TERANCE**
**MAYA, a/k/a TERRENCE BOJA MENDI**

**VERSUS**                                              **CIVIL ACTION NO. 5:26cv126-DCB-RPM**

**ADAMS COUNTY CORRECTIONAL**
**CENTER, UNITED STATES ATTORNEY**
**GENERAL, and UNITED STATES**
**ATTORNEY**                                                               **RESPONDENTS**

**ORDER REQUIRING RESPONDENT TO ANSWER**

BEFORE THE COURT are pro se Petitioner Maya Mendi Boja Terence, also known as

Terrence Boja Maya Mendi, also known as Mendi Terrence Boja, also known as Boja Mendi

Terance Maya, also known as Terrence Boja Mendi's Petition [1] for Writ of Habeas Corpus,

pursuant to 28 U.S.C. § 2241, and Memorandum in Support [2].  He is an alien detainee in the

custody of the Department of Homeland Security, who challenges his continued detention.

The Court notes that the proper Respondent is the "person having custody over the person

detained."  28 U.S.C. § 2243.  *See also*, 28 U.S.C. § 2242.  Therefore, the Adams County

Correctional Center, United States Attorney General, and United States Attorney are removed,

and the Warden of the Adams County Correctional Center is added, as Respondent in this matter.

Further, the Court has considered the matter and is of the opinion that the Warden shall respond

to the Petition.

**IT IS THEREFORE ORDERED** that the Adams County Correctional Center, United States Attorney General, and United States Attorney are hereby removed, and the Warden, Adams County Correctional Center, is added, as Respondent in this case.

**IT IS FURTHER ORDERED** that Respondent Warden shall file an answer or other responsive pleading in this case within 20 days of the service of a copy of this Order. **Respondent shall file with the answer or other responsive pleading any agency records or court records relevant to the disposition of this cause including but not limited to documents or records identifying the type of detention and the authority for the detention applicable to Petitioner's case.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, *by certified mail*, a copy of the Petition [1] and Memorandum [2] filed herein and a copy of this Order upon **Civil Process Clerk**, Office of the United States Attorney for the Southern District of Mississippi, 501 East Court Street, Suite 4.430, Jackson, Mississippi 39201; **Attorney General of the United States**, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001; and **Warden**, Adams County Correctional Center, Post Office Box 850, Washington, Mississippi 39190.

The Petitioner should understand that this Order directing the Respondent to respond does not reflect any opinion of this Court that the claims contained in the Petition will or will not be determined to be meritorious.

Petitioner is warned that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**IT IS FURTHER ORDERED** that the Clerk of Court shall also serve a copy of this Order upon pro se Petitioner Maya Mendi Boja Terence, also known as Terrence Boja Maya

Mendi, also known as Mendi Terrence Boja, also known as Boja Mendi Terance Maya, also known as Terrence Boja Mendi, by mailing same to his last known address.

SO ORDERED, this the 6th day of April, 2026.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE