## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**MAYA MENDI BOJA TERENCE,**                                   **PETITIONER**
**# A 221-388-680, a/k/a TERRENCE BOJA**
**MAYA MENDI, a/k/a MENDI TERRENCE**
**BOJA, a/k/a BOJA MENDI TERANCE**
**MAYA, a/k/a TERRENCE BOJA MENDI**

**VERSUS**                                   **CIVIL ACTION NO. 5:26cv126-DCB-RPM**

**ADAMS COUNTY CORRECTIONAL**
**CENTER, UNITED STATES ATTORNEY**
**GENERAL, and UNITED STATES**
**ATTORNEY**                                   **RESPONDENTS**

### ORDER TO SIGN

BEFORE the Court are *pro se* Petitioner Maya Mendi Boja Terence, also known as Terrence Boja Maya Mendi, also known as Mendi Terrence Boja, also known as Boja Mendi Terance Maya, also known as Terrence Boja Mendi's Memorandum in Support [2]. He failed to place his original signature on the pleading as required by Rule 11 of the Federal Rules of Civil Procedure. He will be provided an opportunity to correct this deficiency. Accordingly,

**IT IS THEREFORE ORDERED** that the Clerk of Court shall mail to *pro se* Petitioner Maya Mendi Boja Terence, also known as Terrence Boja Maya Mendi, also known as Mendi Terrence Boja, also known as Boja Mendi Terance Maya, also known as Terrence Boja Mendi's a copy of the Memorandum in Support [2], along with a copy of this Order. If Petitioner would like this pleading to remain filed, he is directed to place his signature on the document and return them to the Court on or before April 20, 2026.

**IT IS FURTHER ORDERED** that Petitioner is warned that his failure to comply with

this Order in a timely manner will result in the unsigned pleading being stricken from the record without further notice to him.  *See*, Fed. R. Civ. P. 11(a).  Petitioner is also warned that a failure to timely comply with any order of the Court or failure to keep the Court advised of Petitioner's current address may result in dismissal of this case.

**SO ORDERED**, this the 6th day of April, 2026.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE